ALASKA STATEHOOD ACT, JULY, 1958, P.L. 85-508 HR 7999 STAT 399
CONSTITUTION OF THE STATE OF ALASKA ARTICLE IV § 3 / COMMON LAW

UNITED STATES DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED
OCT 07 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

NOTICE OF INTENT TO FILE SUIT/LEIN:

Petitioner/Claimant: Unin:Jordan-Flesh&Blood Sui Juris/True & Proper Name

vs

DEFENDANTS/RESPONDANTS: TRAVIS BIRD, LT.HENRY, ANGELA WORTHY, OFC.MITZEL, ISAAC KIMBALL, BRETT SARBER, OFC. BEHNING, REBECCA CZYZ AND ANY OTHER IDENTIFIED AT A LATER DATE.

CAUSE OF ACTION: Failure to MIRANDIZE, befor questioning during APD investigation, as I was listed as a "SUSPECT." Also, at the inception of questioning, I asked for an attorney but was not provided. Futhermore, I was not informed of being recorded.

RELIEF DEMANDED: $1.8 million dollars a day until release.

JURY TRIAL DEMANDED!

By: Unin: Jordan
AUTHORIZED REPRESENTATIVE
ALL RIGHTS RESERVED
WITHOUT RECOURSE/PREJUDICE
UCC1-207/1-308/3-402 (b)

Unin:Jordan-SUI JURIS-[ ]
Goose Creek Correctional
22301 West Alsop Road
Wasilla, Alaska [99623]
EXEMPT FROM EMPLOY



ALASKAN FRONTIER
995-997
6 OCT 2021 PM 1 L

united states District court
222 West 7th Avenue, Room 4
Anchorage, Alaska 99513

99513-750404

2021 ENERGY ACTION MONTH